ASSETS REALIZATION COMPANY, Respondent, v. STEPHEN T. LOCKWOOD and Others, as Executors, etc., of PHILIP W. ROTH, Deceased, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN M. ALLEN, Appellant.— Judgment of conviction and order affirmed. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

LOCKPORT CO-OPERATIVE DAIRY ASSOCIATION, INCORPORATED, Respondent, v. WILLIAM BUCHNER, Appellant.— Judgment affirmed, with costs. Certain new findings of fact made. All concur, except Crouch, J., who dissents and votes for reversal on the ground that there is no authority to adopt the by-law under. which tho assessment was levied. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

BETTY PENNOCK, an Infant, by ORRA PENNOCK, Her Guardian ad Litem, Respondent, v. ROCHESTER ICE CREAM COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Clark, Davis, Sears, Crouch and Taylor, JJ.

ORRA PENNOCK, Respondent, v. ROCHESTER ICE CREAM COMPANY, Appellant. — Judgment . and order affirmed, with costs. All concur. Present — Clark, Davis, Sears, Crouch and Taylor, JJ.

WILLIAM A. MARONEY, as Administrator, etc., of CATHERINE A. MARONEY, Deceased, Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Judgment and order affirmed, with costs. All concur, except Clark, J., who dissents on the law and votes for reversal and granting a new trial. Present — Clark, Davis, Sears, Crouch and Taylor, JJ.

WILLIAM A. MARONEY, as Administrator, etc., of WILLIAM JOHN MARONEY, Deceased, Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Judgment and order affirmed, with costs. All concur, except Clark, J., who dissents on the law and votes for reversal and granting a new trial. Present — Clark, Davis, Sears, Crouch and Taylor, JJ.

W. IRVING SHELP and FRANCES E. SHELP, Respondents, v. WILLIAM G. CUSHMAN and NELLIE PHILBROOK CUSHMAN, Appellants.— Judgment affirmed, with costs. All concur. Present — Clark, Davis, Sears, Crouch and Taylor, JJ.

STELLA H. MOYER, Respondent, v. AGNES W. BORCHARD, Appellant.— Judgment affirmed, with costs. Findings of fact Nos. 10 and 21 modified. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

CATERINA MARCHESE, Respondent, v. ANTHONY MARFISI, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

VITO MARCHESE, Respondent, v. ANTHONY MARFISI, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.